# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURO ROMAN PLANCARTE,<br><br>Defendant | Case No.: 23-CR-02503-RSH<br><br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Information against Mauro Roman Plancarte in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: March 6, 2024

*Robert S. Huie*
_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT COURT JUDGE